JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HID GLOBAL CORPORATION, etc., et. al.,<br><br>Plaintiffs,<br>vs.<br>FARPOINTE DATA, INC., etc., et al.,<br><br>Defendants. | Case No. SACV 11-8801 JVS (RNBx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

In light of the Stipulation For Dismissal filed by the parties, **IT IS HEREBY ORDERED** that this entire action is dismissed with prejudice. The parties shall bear their own fees and costs.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction to enforce and/or interpret the terms of the Settlement Agreement between the parties.

**IT IS FURTHER ORDERED** that the parties will continue to be bound by the Protective Order entered in this case (docket # 21).

Dated: October 5, 2012

_____
Honorable James V. Selna
United States District Court Judge

Rutan & Tucker LLP
attorneys at law

2118/025100-0018
4370763.1 a10/05/12

Case No. 11-8801 JVS (RNBx)
[PROPOSED] ORDER ON STIPULATION
FOR DISMISSAL